**Harry BERNER v. UNITED STATES OF AMERICA.**

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1938.

Martin A. McCormack and Maxwell J. Gruber, both of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be, and the same is, dismissed for want of prosecution, the costs to be charged against the government as constructive earnings.